# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>JOSE RODOLFO PARRA QUINONEZ,<br><br>　　　　　　　　　　Defendant. | CASE NO. 13CR2852 JAH<br><br>**JUDGMENT OF DISMISSAL** |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__ 　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__ 　the Court has dismissed the case for unnecessary delay; or

X 　the Court has granted the motion of the Government for dismissal, without prejudice; or

__ 　the Court has granted the motion of the defendant for a judgment of acquittal; or

__ 　a jury has been waived, and the Court has found the defendant not guilty; or

__ 　the jury has returned its verdict, finding the defendant not guilty;

X 　of the offense(s) as charged in the Information:

POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE; AIDING AND ABETTING

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/8/13

　　　　　　　　　　　　　　　　　　　Karen S. Crawford
　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge